AMENDED
# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003     (Amended 8/18/04)

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Marra, Kenneth A | District Court, Southern Fla. | 5/11/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5. ReportType (check appropriate type) ◯ Nomination, Date ◯ Initial ◉ Annual ◯ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |

| 7. Chambers or Office Address United States District Court 299 E. Broward Blvd., #207B Ft. Lauderdale, Florida 33301 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.    (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

RECEIVED
Aug 19  2 14 PM '04
FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1.  2/13/02 | Florida Retirement System (upon eligibility and election to do so, will begin receiving annuity) |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Marra, Kenneth A | 5/11/2004. |

(Amended 8/18/04)

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | College Retirement Equities Fund |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

(Amended 8/18/04)

## V. GIFTS.   (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE · - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1.   Joseph Luciano | Miami Heat Basketball Tickets | $720 |

## VI. LIABILITIES.   (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1.   Master Card (MBNA National Bank, N.A.) | Credit Card | K |

# FINANCIAL DISCLOSURE REPORT
## Page 1 of 1

| Name of Person Reporting | Date of Report |
|---|---|
| Marra, Kenneth A | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Putnam Voyager Fund CI-A (IRA) | A | Dividend | K | T | | | | | |
| 2. Wachovia Corporation (Accounts) | A | Interest | J | T | | | | | |
| 3. All Tel Corporation | A | Dividend | J | T | | | | | |
| 4. Vanguard Mutual Fund-GNMA Fund Investors Shares | A | Dividend | K | T | | | | | |
| 5. Vanguard Mut. Fund-Intermed. Term Treas Fund Investor Shares | A | Dividend | J | T | | | | | |
| 6. Vanguard Mut.Fund-Small Cap Value Index Fund | A | Dividend | J | T | | | | | |
| 7. Vanguard Mut.Fund-Total Stock Market Ind Fund Invest.Shares | A | Dividend | J | T | | | | | |
| 8. Certificate of Deposit, MBNA, America Bank, NA | A | Interest | K | T | Redemption | 3/14 | K | A | |
| 9. Certificate of Deposit, MBNA, America Bank, NA | A | Interest | K | T | Redemption | 6/12 | K | A | |
| 10. Certificate of Deposit, MBNA, America Bank, NA | A | Interest | K | T | Redemption | 6/12 | K | A | |
| 11. Certificate of Deposit, MBNA, America Bank, NA | B | Interest | K | T | Redemption | 10/30 | K | B | |
| 12. Certificate of Deposit, MBNA, America Bank, NA | B | Interest | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Marra, Kenneth A | 5/11/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)     (Amended 8/18/04)

I. POSITIONS - During calendar year 2003, I no longer held any reportable positions.

IIIA. NON-INVESTMENT INCOME - During calendar year 2003, I no longer had any reportable non-investment income.

IIIB. NON-INVESTMENT INCOME ▮▮▮▮ - Interest on Certificates of Deposit, MBNA, America Bank, NA was erroneously reported here. It has been reported in Section VII, Investments and Trusts.

VII. INVESTMENTS AND TRUSTS - Item No. 3 on calendar year 2002 report - Florida Retirement System - This item was erroneously reported in the 2002 calendar year report when I became vested in a defined benefit program. I will receive no income from this source until I become eligible and elect to receive annuity income. From a review of the reporting instructions, it appears this item should only be reported under Section II - Agreements, until such time as I receive annuity income. A letter (and 3 copies) amending my Financial Disclosure Report for calendar year 2002 in this regard has been forwarded to the Committee on Financial Disclosure. (Reference copy attached to this report).

Items 8-12, Certificates of Deposit, MBNA, America Bank, NA were previously erroneously reported under Section IIIB, and have been added to Section VII where they should be reported.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Marra, Kenneth A | 5/11/2004 |

## IX. CERTIFICATION.

(Amended 8/18/04)

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date  _AUGUST  18, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO-10
Rev. 1/2004

Calendar Year 2003

(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)  Marra, Kenneth A | 2. Court or Organization  District Court, Southern Fla. | 3. Date of Report  5/11/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5. ReportType (check appropriate type)  ○ Initial  ◉ Annual  ○ Final | 6. Reporting Period  1/1/2003  to  12/31/2003 |
| 7. Chambers or Office Address  United States District Court  299 E. Broward Blvd., #207B  Ft. Lauderdale, Florida 33301 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE**   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE**   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1.    2/13/02 | Florida Retirement System (upon eligibility and election to do so, will begin receiving annuity) |

RECEIVED
May 12  12 14 PM '04
FINANCIAL
DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Marra, Kenneth A | 5/11/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Interest on Certificates of Deposit, MBNA, America Bank, N.A. |
| 2. | 2003 | College Retirement Equities Fund |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Joseph Lucisano | Miami Heat Basketball Tickets | $720 |

## VL LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Master Card (MBNA National Bank, N.A.) | Credit Card | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Marra, Kenneth A | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Putnam Voyager Fund Cl-A (IRA) | A | Dividend | K | T | | | | | |
| 2. Wachovia Corporation (Accounts) | A | Interest | J | T | | | | | |
| 3. All Tel Corporation | A | Dividend | J | T | | | | | |
| 4. Vanguard Mutual Fund-GNMA Fund Investors Shares | A | Dividend | E | T | | | | | |
| 5. Vanguard Mut. Fund-Intermed. Term Treas Fund Investor Shares | A | Dividend | D | T | | | | | |
| 6. Vanguard Mut Fund-Small Cap Value Index Fund | A | Dividend | D | T | | | | | |
| 7. Vanguard Mut Fund-Total Stock Market Ind Fund Invest.Shares | A | Dividend | D | T | | | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Marra, Kenneth A | 5/11/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

I.   POSITIONS - During calendar year 2003, I no longer held any reportable positions.

III.  NON-INVESTMENT INCOME - During calendar year 2003, I no longer had any
reportable non-investment income.

VII.  INVESTMENTS AND TRUSTS - Item No. 3 on calendar year 2002 report - Florida Retirement
System - This item was erroneously reported in the 2002 calendar year report when I became vested
in a defined benefit program. I will receive no income from this source until I become eligible and
elect to receive annuity income. From a review of the reporting instructions, it appears this item
should only be reported under Section II - Agreements, until such time as I receive annuity income.
A letter (and 3 copies) amending my Financial Disclosure Report for calendar year 2002 in this
regard has been forwarded to the Committee on Financial Disclosure. (Reference copy attached to
this report).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date _MAY 11, 2004_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544